JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Birchcrest Marketing, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Akzan Distributing Co., Inc.; Rubitime California, Inc.; Rubitime, Inc. d/b/a Quemex; Noorali Chagani; and Zohra Chagany <br><br> Defendants. | Case No. CV 09-6673 CAS (SSx) <br><br> **JUDGMENT** <br><br> **[F.R.C.P 56]** <br><br> Hearing Date: August 2, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 5 |

    After considering the arguments by both parties, by order filed on August 2, 2010, the Court grants defendants' motion for summary judgment and hereby enters judgment in favor of defendants Akzan Distributing Co., Inc., Noorali Chagany, and Zohra Chagany and against plaintiff Birchcrest Marketing, Inc.  Birchcrest Marketing, Inc. shall take nothing, and the Court awards defendants their costs of suit.

    IT IS SO ORDERED

Dated: August 3, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE